IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

United States Courts
Southern District of Texas
ENTERED

JUN 2 5 2002

Michael N. Milby, Clerk of Court

| | | |
|---|---|---|
| DWAYNE AND MARIA ROSS, INDIVIDUALLY, AND AS NEXT FRIENDS OF SYDNEY ROSS AND JOHNATHON ROSS, MINOR CHILDREN Plaintiffs, | § § § § § § | |
| VS. | § § § | CIVIL ACTION NO: H-01-1311 (JURY DEMANDED) REMOVED FROM THE 113TH JUDICIAL DISTRICT COURT OF HARRIS COUNTY, TEXAS |
| MATTHEW CURTIS MARSHALL, JACK AND SHERYL MARSHALL, CORYDON WILLIAM PARSONS, THOMAS AND SHERI MCGOWAN, WAYNE GORDON MATTHEWS, KENT AND SALLY MATTHEWS, ROBERT PAUL BERGERON, JOHN AND IRENE DECK, DARIN BRONSON WHITE, MARJORIE AND DOUGLAS WHITE, FRED JANIK AND NICHOLAS RYAN MCCOY Defendants. | § § § § § § § § § § § § § | |

## ORDER ON PLAINTIFFS' MOTION TO DISMISS

On _June 25_, 2002, the court considered Plaintiffs' Motion to Dismiss with Prejudice their claims against defendants **THOMAS AND SHERI MCGOWAN** and **JOHN AND IRENE DECK** and grants same.

SIGNED this _25th_ day of _June_, 2002.

_____
UNITED STATES DISTRICT JUDGE

4

122