United States Courts
Southern District of Texas
ENTERED

FEB 27 2003

Michael N. Milby, Clerk of Court



United States Courts
Southern District of Texas
FILED

FEB 26 2003

Michael N. Milby, Clerk of Court

DWAYNE ROSS, MARIA ROSS, ET AL   §
§
§
V                                §   CIVIL ACTION 01-1311
§
§
MATTHEW CURTIS MARSHALL, ET AL

---

### ORDER

---

The parties shall withdraw from the Clerk their evidence and shall maintain it for purposes of appeal. They may photograph large exhibits and may copy original documents and shall substitute such photographs and copies for the original evidence for submission to the appeals court. All such substitutes shall be marked with the same exhibit number as used on the original.

The Clerk will enter this Order and notify all parties.

Signed at Houston, Texas this 26th day of February

_____
Kenneth M. Hoyt
United States District Judge

214